IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN DOE, by Neil and Anna Lynn Parris,** his parents next friends 1069 Sun Valley Drive Annapolis, MD 20149<br><br>Plaintiff,<br><br>v.<br><br>**CHILDREN'S NATIONAL MEDICAL CENTER,** 111 Michigan Avenue, N.W. Washington, D.C. 20010-2975<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:15-cv-01348<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant, Children's National Medical Center, by and through counsel, McCandlish & Lillard, P.C., provides notice that the action filed by Plaintiff John Doe, by Neil and Anna Lynn Parris, his parents next friends, in the Superior Court for the District of Columbia, numbered 2015 CA 005685 M, is hereby removed to the United States District Court for the District of Columbia.

1. On August 3, 2015, Plaintiff served Defendant with the Summons and Complaint in the above-referenced D.C. Superior Court court action. A true and correct copy of all process, pleadings, and orders served on Defendant as of the date of this filing is attached as **Exhibit A** to this Notice.

2. Plaintiff alleges a single cause of action against Defendant for negligence.

3. Removal of the action is substantively proper. *See* 28 U.S.C. § 1441(a) & (b); 28 U.S.C. § 1332. The parties are completely diverse, and the amount in controversy exceeds $75,000. On information and belief, Plaintiff at the time of the commencement of the action is a

1

citizen of the State of Maryland. At the time of the commencement of the action, Defendant Children's National Medical Center was and is a corporation organized and incorporated under the laws of the District of Columbia, with its principal place of business located in the District of Columbia. Accordingly, the parties are completely diverse. Moreover, Plaintiff alleges he is entitled to damages in an amount greater than $75,000 dollars. (Complaint, p.9) Accordingly, removal is substantively proper.

4. Removal of the action is also procedurally proper. *See* 28 U. S.C. § 1446(a) & (b). This case is removed to the proper district, and removal is within the thirty days provided by law. Plaintiff served Defendant with the Superior Court complaint on August 3, 2015. Such service constituted the receipt of the initial pleading setting forth the relief upon which the Plaintiff's action is based. Accordingly, removal is timely.

5. Pursuant to 28 U. S.C. § 1446(d), Defendant shall file a Notice of Removed Action to Federal Court with the Superior Court of the District of Columbia, promptly after the filing of this notice with the United States District Court for the District of Columbia. A copy of the notice to be provided to the Superior Court of the District of Columbia is attached to this Notice as **Exhibit B**.

WHEREFORE, Defendant provided notice that the aforementioned civil action commenced against it has been removed.

                MCCANDLISH & LILLARD, P.C.

                By:  /s/ Adam W. Smith
                    Adam W. Smith (D.C. Bar #424590)
                    asmith@mccandlishlawyers.com

By:     /s/ Gary W. Brown
Gary W. Brown (D.C. Bar #1495)
gbrown@mccandlishlawyers.com
11350 Random Hills Road
Suite 500
Fairfax, Virginia 22030
(703) 934-1112
Fax: (703) 273-4592
*Counsel for Defendant Children's National Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, the foregoing Notice of Removal was served via first-class mail, postage prepaid, and by e-mail upon:

Kathleen H. Meredith, Esq.
David J. Wildberger, Esq.
ILIFF, MEREDITH, WILDBERGER & BRENNAN, PC
Patriots Plaza, Suite 201-203
8055 Ritchie Highway
Pasadena, MD 21122
*Counsel for Plaintiff*

    /s/ Adam W. Smith
Adam W. Smith

3