## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

|  |  |
|---|---|
| **JOHN DOE, by Neil and Anna Lynn Parris,** <br> his parents next friends <br> 1069 Sun Valley Drive <br> Annapolis, MD 20149 <br><br>      Plaintiff, <br><br> v. <br><br> **CHILDREN'S NATIONAL MEDICAL CENTER,** <br> 111 Michigan Avenue, N.W. <br> Washington, D.C. 20010-2975 <br><br>      Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.:  2015 CA 005685 M <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' NOTICE OF REMOVED ACTION TO FEDERAL COURT

Defendant, Children's National Medical Center, by and through counsel, McCandlish & Lillard, P.C., gives notice to the Superior Court for the District of Columbia that case number 2015 CA 005685 M has been removed to the United States District Court for the District of Columbia.  Defendant further certifies that counsel for Plaintiff is being served this Notice of Removed Action, and has been served a copy of the Notice of Removal of Action, attached as **Exhibit A.**

McCANDLISH & LILLARD, P.C.

By:         /s/
          Adam W. Smith (D.C. Bar #424590)
          asmith@mccandlishlawyers.com

By:         /s/
          Gary W. Brown (D.C. Bar #1495)
          gbrown@mccandlishlawyers.com
          11350 Random Hills Road
          Suite 500
          Fairfax, Virginia 22030
          (703) 934-1112

Fax: (703) 273-4592
*Counsel for Defendant Children's National Medical Center*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2015, the foregoing Notice of Removed Action to Federal Court was served via first-class mail, postage prepaid, and by e-mail upon:

Kathleen H. Meredith, Esq.
David J. Wildberger, Esq.
ILIFF, MEREDITH, WILDBERGER & BRENNAN, PC
Patriots Plaza, Suite 201-203
8055 Ritchie Highway
Pasadena, MD 21122
*Counsel for Plaintiff*

_____/s/_____
Adam W. Smith